The National Bank of Boyertown, Pennsylvania, a corporation organized and existing under the laws of the United States, Appellant, vs. Walter S. Funk, Appellee.

Appeal from Circuit Court, Bradford county; Rhydon M. Call, Judge.

L. B. Rhodes, for Appellant.

No appearance for Appellee.

The bill in this cause was filed by the appellee against the appellant. There was decree for the complainant, and the defendant appeals. The decree is affirmed.

Decision Per Curiam.